IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No. 00-1334-MD-MORENO
Tag-Along Case No. 02-22027-CIV-MORENO

| | |
|---|---|
| IN RE: MANAGED CARE LITIGATION | |
| THE AMERICAN DENTAL ASSOCIATION, et al., | Case No. 02-22027-CIV-MORENO |
| Plaintiffs, | |
| -against- | |
| WELLPOINT HEALTH NETWORKS INC. and BLUE CROSS OF CALIFORNIA, | |
| Defendants. | |

## NOTICE OF RENEWAL OF MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's December 3, 2009 Order and the May 19, 2009 Order issued by Magistrate Judge Torres—both of which allow Defendants to renew their Motion for Summary Judgment on failure to exhaust administrative remedies by Notice—Defendants WellPoint Health Networks, Inc., and Blue Cross of California (collectively "Defendants") hereby file this Notice of Renewal of Defendants' Motion for Summary Judgment. 1/

---

1/ As Plaintiffs indicate in their Notice of Action dated December 14, 2009, the motion has been fully briefed: Defendants' Motion for Summary Judgment and associated papers [D.E. 43-44]; Plaintiffs' Response in Opposition and associated papers [D.E. 55]; and Defendants' Reply and associated papers [D.E. 60].

Respectfully submitted,

/s/ Julie E. Nevins
Laura Besvinick (Fla. Bar No. 391158)
Julie Nevins (Fla. Bar No. 0182206)
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue – Suite 1900
Miami, FL  33131
(305) 459-6500

Craig A. Hoover
E. Desmond Hogan
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington D.C., 20004
(202) 637-5600

*Attorneys for Defendants WellPoint Health Networks Inc. and Blue Cross of California*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and therefore certify that a true and correct copy of the foregoing was served this day on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF.

/s/ Julie E. Nevins