UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master Case No.:  00-1334-MD-MORENO**
**Tag-Along Case No.**: 02-22027-CIV-MORENO

IN RE: MANAGED CARE LITIGATION

THE AMERICAN DENTAL ASSOCIATION, on
its own behalf and in an associational capacity on
behalf of its members, and FRANK S. ARNOLD,
D.M.D., DAVID W. RICHARDS, D.D.C., and
JAMES SWANSON, D.D.S., individually and on
behalf of all others similarly situated

        Plaintiffs,

vs.

WELLPOINT HEALTH NETWORK, INC. and
BLUE CROSS OF CALIFORNIA,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate

Judge for a Report and Recommendation on Defendant's Renewed Motion for Summary Judgment

Based on Failure to Exhaust Administrative Remedies **(D.E. No. 43)**.  The Magistrate Judge filed

a Report and Recommendation **(D.E. No. 92)** on **January 19, 2011**. The Court has reviewed the

entire file and record.  The Court has made a *de novo* review of the issues that the objections to the

Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the

premises, it is

        **ADJUDGED** that  United  States  Magistrate  Judge  Edwin  G.  Torres's  Report  and

Recommendation **(D.E. No. 92)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

(1)      Defendants' Renewed Motion for Summary Judgment Based on Failure to Exhaust

Administrative Remedies (D.E. No. 42) is GRANTED.  After a *de novo* review of the record,

Court agrees with Judge Torres that Plaintiffs failed to appeal in writing within the

parameters set forth by the health care plan and that Plaintiffs' failure to appeal is not excused

because they have not satisfied the requirements for showing futility.  Therefore, summary

judgment is hereby entered in favor of Defendants and against Plaintiffs on Count I of the

Complaint.

(2)      As Count I was the only count that had not been dismissed after this Court affirmed

and adopted Magistrate Judge Torres' Report and Recommendation (D.E. No. 52)

recommending dismissal of all of Plaintiffs' state law claims based on preemption by ERISA,

this case (Case No. 02-22027-CIV-MORENO) is CLOSED and all pending motions are

DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ⁄⁄ day of February, 2011.

 

_____

FEDERICO A. MORENO

CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record